

FILED
AUG 10 2015

SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

SEVEN COURT OF APPEALS

CASE NUMBER: 07-15-00284-CV

ALLEN DWAYNE BATES, PRO SE,
APPELLANT,

v.

ELIZABETH ANN BROWN ET AL,
APPELLEES

) TRIAL COURT CASE NUMBER: 65,808-A
)
) Civil Action No.
)
)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a ~~plaintiff or petitioner~~ APPELLANT in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: TDCJ STEVENSON Unit.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: -0-

My gross pay or wages are: $ ___-0-___ , and my take-home pay or wages are: $ ___-0-___ per

*(specify pay period)* ___-0-___ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☑ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.* FRIEND CHIP STANLEY $100.00 ON 3/27/15, ANGEL BATES $90.00 12/8/14 SISTER, ANGEL BATES $100.00 11/7/2014 SISTER, D. ELKON FRIEND $120.00 10/6/2014, J DELEON FRIEND $100.00 9/2/2014, ANGEL BATES, SISTER $91.05 7/31/2014, ANGEL BATES SISTER $100.00 6/23/2014, ANGEL BATES SISTER 11/6/2015,

DUE.

4. Amount of money that I have in cash or in a checking or savings account: $ _____ O _____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

-O-

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

-O-

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:  -O-

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

I owe TDCJ Stevenson Unit About $120.00 For Indigent Supply's,

(I don't Have A Spouse)

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 8/13/2013

_____
Applicant's signature

Allen Dwayne Bates
*Printed name*

# AFFIDAVIT RELATING TO PREVIOUS FILINGS

I, ALLEN DWAYNE BATES, PRO SE APPELLANT, HEREBY DECLARES, AND AFFIANS UNDER PENALTY OF PERJURY PURSUANT TO TEXAS PENAL CODE SEC. 37.02. PERJURY AND SEC. 37.03. AGGRAVATED PERJURY, THAT THE STATEMENTS THAT I HAVE MADE IN THIS AFFIDAVIT RELATING TO PREVIOUS FILINGS ON August 3, _____ 2015, ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION.

A.

1. UNKNOWN DATE, APPELLANT HAD THE RANDALL DISTRICT CLERK TO FILE A COMPLAINT CASE NUMBER; 63,2028 AGAINST APPELLEE JOEL W. RICHARDSON SHERIFF OF THE RANDALL COUNTY JAIL AND THE INMATE TRUST FUND ACCOUNT. APPELLANT FILED THE COMPLAINT, BECAUSE ON DECEMBER 23, 2010 APPELLANT WAS BOOK INTO RANDALL JAIL WITH $656.00 DOLLARS, ON THAT SAME DAY APPELLANT WAS RELEASED ON BOND WITHOUT $656.00 DOLLARS THE COMPLAINT ALLEGED A 4TH AMENDMENT VIOLATION AND UNREASONABLE SEIZURE IN THE 181st DISTRICT OF COURT OF RANDALL COUNT, TEXAS. CAUSE NO. 63,2028 WAS DISMISS FOR WANT OF PROSECUTION.

As A TDCJ PRISONER THIS IS THE PREVIOUS LAWSUIT THAT I HAVE FILED.

ALLEN DWAYNE BATES #1822207  DATE
1838 FM 766
CUERO, TEXAS 77954



FILED
AUG 10 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

# CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING AFFIDAVIT OF INDIGENCE, AFFIDAVIT RELATING TO PREVIOUS FILINGS AND A CERTIFIED COPY OF APPELLANT'S INMATE ACCOUNT, WAS MAILED TO JAMES A FARREN DISTRICT ATTORNEY FOR RANDALL COUNTY ON AUGUST 5, 2015 AT 2309 RUSSELL LONG BLVD. CANYON, TX 79018.

ALLEN DWAYNE BALES #1833307
SMITH COUNTY JAIL
1835 FM 766
TYLER, TEXAS 75708

LEGAL MAIL 8/3/2015



CORPUS CHRISTI
TX 784 1 L
05 AUG 2015 · PM

TO THE COURT OF APPEALS
SEVENTH District OF TEXAS

P.O. BOX 9540
AMARILLO, TEXAS 79105-9540




79105+9540

CASE NUMBER: 07-15-00284-CV
Trial Court Case Number: 68,808-A
ALLENDWAYNE BATES V. ELIZABETH ANN BROWN, ET AL.

DEAR CLERK, ON AUGUST 3, 2015 I, SENT TWO ENVELOPES
TO THE APPEALS COURT AND TWO TO JAMES FARREN RANDALL
COUNTY D.A. ONE OF EACH TWO ENVELOPES CONTAIN (IFP)
FORMS OF INDIGENCE, AFFIDAVIT RELATING PREVIOUS FILINGS,
NOW ONE OF THE TWO ENVELOPES THAT WAS SENT TO THE
COURT OF APPEALS AND MR. FARREN WAS EMPTY DUE TO THE
FACT, THE LAW LIBRARY OFFICER MRS. HERRINGER FAILED TO
PLACE A REQUESTED CERTIFIED COPY OF MY INMATE ACCOUNT
(SEE EXHIBIT 1.) ANY DOCUMENTS SENT BY ME AS AN INMATE AT
TDCJ IS CONFIDENTIAL, WHEN MAIL IS FOR THE COURT AND ATTORNEYS.
CERTIFIED COPY OF MY INMATE ACCOUNT WILL BE SENT BEFORE
AUGUST 17, 2015.

Allen Dwayne Bates #1822207
1928 FM766
CUERO, TEXAS 77954   AUGUST 7, 2015



FILED
AUG 11 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION
## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal interview with a representative of an outside agency (Treatment Division, Administration Building)

TDCJ-ID LAW LIBRARY

TO: MRS. HERNANDEZ _____ DATE: 8/5/2015

(Name and title of official)

ADDRESS: SB _____

SUBJECT: State briefly the problem on which you desire assistance.

I Request A certified copy of my Inmate Trust Fund Account I will need two copies one for the Seventh court of Appeals and one for the Randall District Attorney James Farren.

THANKS

AUG 2015 LAW LIBRARY STEVENSON UNIT

Name: ALLEN DWAYNE BATES     No: 1822207     Unit: SB

Living Quarters: BL E.a 53 will ilrd(s) 2n2B     Work Assignment: Janitor

DISPOSITION: (Inmate will not write in this space)

When you have your documents and envelopes ready send an I-60. The Law Library will put the TFB in the letters and seal them for mailing.

Ci-60 (Rev. 11-90)

ALLEN DWAYNE BATES #1622257
STEVENSON UNIT
1525 FM 766
CUERO, TEXAS 77954

(LEGAL MAIL 8/3/2015)





CORPUS CHRISTI
TX 784 1 L
05 AUG 2015 PM
FOREVER

COURT OF APPEALS
SEVENTH DISTRICT OF TEXAS
P.O. BOX 9540
AMARILLO, TEXAS 79105-9540

79105-9540



ALLEGIANCE BANKS #1822227
STEVENSON UNIT
1525 FM 766
CUERO, TEXAS 77954

(LEGAL MAIL 8/7/2015)



USA FOREVER

CORPUS CHRISTI
TX 784
07 AUG 2015 PM 2 T

SEVENTH COURT OF APPEALS
501 S. FILLMORE, SUITE 2-A
AMARILLO, TEXAS 79101

79101-82438